UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH BRENT RAMSEUR,** | ) | Case No. CV 09-3233-SJO(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **BEN CURRY, Warden,** | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated:  9/24/09

*S. James Otero*
_____
S. James Otero
United States District Judge